Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 67059.—Paul A. Straub & Co., Inc., et al. *v.* United States, protests 60/1153, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 67060.—Aut Customs Brokers, Inc., et al. *v.* United States, protests 61/1281, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiffs was sustained.

No. 67061.—W. Y. Moberly, Inc. *v.* United States, protest 61/11174 (Great Falls).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

SEPTEMBER 17, 1962

No. 67062.—Auburn Importing Corp. *v.* United States, protest 61/24425(A). Plaintiff's application for rehearing granted.

SEPTEMBER 18, 1962

No. 67063.—APPEAL 5111.—United States *v.* Excelsior Accordions, Inc.—

Appeal dismissed on motion July 18, 1962.